# UNITED STATES DISTRICT COURT
for the
### Eastern District of Kentucky
### Frankfort Division

| | |
|---|---|
| Jennifer Carroll                                                                *Plaintiff* | |
| v. | Case No. |
| Main Street Acquisition Corp.                                *Defendant* <br> Serve: <br>     Registered Agents Legal Services, Ltd. <br>     112 N. Curry St. <br>     Carson City, NV 89703 | |
| Credit Control, LLC <br>          *Defendant* <br> Serve: <br>     CT Corporation System <br>     306 W. Main Street, Suite 512 <br>     Frankfort, KY 40601 | |

## COMPLAINT and DEMAND FOR JURY TRIAL

### INTRODUCTION

1. This is an action by a consumer seeking damages for Defendant's violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§1692 *et seq.,* which prohibits debt collectors from engaging in abusive, deceptive, and unfair collection practices. Defendant Main Street Acquisition Corp. ("Main Street") is in the business of purchasing charged-off debts, including credit-card debt. Main Street typically purchases these debts for somewhere between 4% and 5% of the face value of the debt. [1] Main Street allegedly purchased a credit-card debt owed by Plaintiff Jennifer Carroll originated by HSBC Bank Nevada, N.A.

2. Defendant Credit Control, LLC ("Credit Control") attempted to collect the HSBC credit card debt from Ms. Carroll on behalf of Main Street. After Credit Control's initial communication with Ms. Carroll, Ms. Carroll, by counsel, sent Credit Control a timely debt-verification and cease-and-desist letter. Without verifying the debt, Credit Control continued to attempt to collect the HSBC credit card debt from Ms. Carroll in plain violation of numerous sections of the FDCPA.

---

[1] Fair Trade Commission, *The Structure and Practices of the Debt Buying Industry* at 22, http://www.ftc.gov/os/2013/01/debtbuyingreport.pdf (January 2013).

## JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, and the FDCPA, 15 U.S.C. §1692k(d).

## PARTIES

4. Plaintiff Jennifer Carroll is a citizen of the United States of America and of the Commonwealth of Kentucky residing in Frankfort County, Kentucky.

5. Defendant Main Street Acquisition Corp. is a foreign limited liability company, which is not registered with the Kentucky Secretary of State, and is engaged in the business of purchasing debt from creditors and collecting these debts from citizens of this commonwealth. Main Street's principal place of business is located at 3715 DaVinci Ct., Suite 200, Norcross, GA 30092.

6. Main Street Acquisition Corp. is a "debt collector" as defined by the FDCPA. 15 U.S.C. § 1692a(6).

7. Defendant Credit Control, LLC is a foreign limited liability company, which is registered with the Kentucky Secretary of State. Credit Control's principal place of business is located at 5757 Phantom Drive, Suite 330, Hazelwood, MO 63042.

8. Credit Control regularly collects or attempt to collects debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined by 15 U.S.C. § 1692a(6).

## BACKGROUND

9. Ms. Carroll is and was at all times mentioned herein a "consumer" as defined by 15 U.S.C. § 1692a(3).

10. On June 11, 2013, Credit Control sent Ms. Carroll a dunning letter on behalf of Main Street.

11. Credit Control's dunning letter was attempt to collect a charged-off credit card originated by HSBC Bank Nevada, N.A. with account number ending in 9363.

12. Upon information and belief, Credit Control's June 11th dunning letter was Credit Control's "initial communication" with Ms. Carroll within the meaning of 15 U.S.C. § 1692g.

13. On June 26, 2013, Ms. Carroll, by counsel, sent Credit Control a timely debt-verification and cease-and-desist letter.

14. The June 26th timely debt-verification and cease-and-desist letter clearly and plainly put Credit Control and Main Street on notice that Ms. Carroll was represented by counsel in

connection with the HSBC credit card debt ending in 9363.

15. The June 26th timely debt-verification and cease-and-desist letter clearly and plainly stated that Credit Control was to cease and desist all communication with Ms. Carroll in connection with the HSBC credit card debt ending in 9363.

16. On February 10, 2014, Credit Control sent Ms. Carroll another dunning letter on behalf of Main Street in attempt to collect the HSBC credit card debt ending in 9363.

17. Credit Control and Main Street violated the FDCPA by attempting to collect the HSBC credit card debt ending in 9363 from Ms. Carroll when both were on plain notice that Ms. Carroll was represented by counsel and after she had invoked her statutory right to request that Credit Control and Main Street cease and desist communication with her.

## CLAIMS FOR RELIEF

### Violations of the Fair Debt Collection Practices Act

18. Plaintiff incorporates paragraphs 1-17 above as if fully set forth herein.

19. The above-described actions by Credit Control, LLC and Main Street Acquisition Corp. constitute violations of the Fair Debt Collection Practices Act.

20. Defendants Credit Control, LLC and Main Street Acquisition Corp.'s violations of the FDCPA include, but are not limited to, the following:

   **(a)** Credit Control and Main Street violated 15 U.S.C. § 1692c(a)(2) by, including but not limited to, communicating with Ms. Carroll in connection with the collection of a debt when Credit Control and Main Street were on clear and plain notice that Ms. Carroll was represented by counsel; and

   **(b)** Credit Control and Main Street violated 15 U.S.C. § 1692c(c) by, including but not limited to, communicating with Ms. Carroll in connection with the collection of a debt after Ms. Carroll plainly requested that Credit Control and Main Street cease all communications with her.

WHEREFORE, Plaintiff requests that the Court grant the following relief in her favor and against Defendants Main Street Acquisition Corp. and Credit Control, LLC:

1. The maximum amount of statutory damages as provided by 15 U.S.C. §1692k;

2. Attorney's fees, litigation expenses and costs;

3. A trial by jury; and

4. Such other and further relief as is appropriate.

-4-

Respectfully submitted,

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
4055 Shelbyville Road
Suite B
Louisville, KY 40207
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@kyclc.com