UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| JENNIFER CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:14-cv-00050-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| MAIN STREET ACQUISITION CORP., et al., | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Jennifer Carroll has filed a Notice of Voluntary Dismissal With Prejudice as to all Defendants.  [R. 4.]  Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1.   All claims against Defendants Main Street Acquisition Corp. and Credit Control, LLC, are **DISMISSED WITH PREJUDICE**;

2.   Each party shall bear his, her, or its own costs and fees unless otherwise agreed to by the parties;

3.   Any pending motions are **DENIED**, as moot; and

4.   This matter is **STRICKEN** from the Court's active docket.

This the 29th day of July, 2016.

Gregory F. Van Tatenhove
United States District Judge